SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
737 Tehama Street, No. 3
San Francisco, CA. 94103
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    STAN KAHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-00412 PJH (KW) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [proposed] ORDER TO CONTINUE APPEARANCE FOR CHANGE OF PLEA** |
| STAN KAHAN, | ) | |
| Defendant. | ) | |

By Order filed November 21, 2016, the Court ordered Stan Kahan to appear on December 14, 2016 at 9:30 a.m., before the Honorable Kandis Westmore for Change of Plea. Counsel for Mr. Kahan has a previously set court appearance for another matter on that date, and is not available at that time.

The parties STIPULATE to vacate December 14, 2016 for Change of Plea and to continue the Change of Plea to January 9, 2017 at 9:30 a.m. before the Honorable Kandis Westmore.

IT IS SO STIPULATED.

DATED: December 6, 2016                    /s/
                                           Michael A. Rabkin
                                           United States Department of Justice
                                           Antitrust Division

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA                    1
CR No. 13-0412 PJH (KW)

DATED: December 6, 2016                                /s/
                                                       Scott A. Sugarman
                                                       Attorney for Stan Kahan

SO ORDERED.

DATE: 12/6/16                              _Kandis Westmore_
                                           Kandis Westmore
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA
CR No. 13-0412 PJH (KW)

2