1   SCOTT A. SUGARMAN (No. 68277)
    SUGARMAN & CANNON
2   737 Tehama Street, No. 3
    San Francisco, CA. 94103
3   Telephone: (415) 362-6252
    Facsimile: (415) 362-6431
4
    Attorneys for Defendant
5       STAN KAHAN

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,            )      No. CR 13-0412 PJH
                                         )
12          Plaintiff,                   )
                                         )      **STIPULATION AND [proposed]**
13  v.                                   )      **ORDER TO CONTINUE**
                                         )      **SENTENCING**
14  STAN KAHAN,                          )
                                         )
15          Defendant.                   )
    _____     )

16          This Court has set sentencing for Mr. Kahan for September 13, 2017 at 2:30 p.m.  Mr.

17  Kahan is out of custody.

18          Undersigned counsel for Mr. Kahan advised counsel for the government that he appeared

19
20  in the San Francisco Superior Court on August 29, 2017 in connection with his representation of

21  Amari Foster.  Mr. Foster is one of four defendants charged with multiple counts of robbery.  Mr.

22  Foster is in custody.  On August 29, 2017, the Superior Court confirmed the preliminary hearing

23  for that matter will begin on September 12, 2017.  The prosecutor estimated the hearing will take

24  two days; undersigned counsel believes that estimate is reasonable.  Counsel for one of the

25
26  codefendants advised the court at a prior hearing that she is leaving on vacation a few days after

27  September 12, 2017 and will be gone for approximately one month. That circumstance reinforces

28

the opinion of counsel for Mr. Kahan that the preliminary hearing for Mr. Foster and his codefendants will commence on September 12, 2017.

Counsel for Mr. Kahan believes there is a reasonable likelihood that in light of the number of charged robberies and the number of defendants, that hearing will not conclude prior to the scheduled sentencing of Mr. Kahan on September 13, 2017, and counsel will be in court in that hearing on the afternoon of September 13, 2017 at the time of the scheduled sentencing for Mr. Kahan.

In light of Mr. Kahan's counsel's obligations in connection with the evidentiary hearing described above, the parties STIPULATE to vacate the September 13, 2017 sentencing of Mr. Kahan, and continue the sentencing of Mr. Kahan to September 27, 2017 at 2:30 p.m.

Undersigned counsel for Mr. Kahan advised United States Probation Officer Karen Mar of this Stipulation, and she indicated she had no objection to the proposed continuance.

IT IS SO STIPULATED.

DATED: September 1, 2017            _____/s/_____
                                           Manish Kumar
                                           Department of Justice, Antitrust Division

DATED: September 1, 2017            _____/s/_____
                                           Scott A. Sugarman
                                           Attorney for Stan Kahan

SO ORDERED.

DATE:    September 1, 2017           _____
                                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California (seal)*